UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES BLACKBURN,

    Petitioner,

v.                                     CASE NO. 6:09-cv-1878-Orl-28DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____

## ORDER

This case is before the Court on the following motions:

1.     Petitioner's Application for a Certificate of Appealability[1] (Doc. No. 20) is **DENIED** as moot. This Court denied Petitioner a certificate of appealability on June 15, 2011 (Doc. No. 17).

2.     Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 21) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the appellate filing fee as required by 28 U.S.C. § 1915(a).

---

[1] Petitioner's Notice of Appeal (Doc. No. 19) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

**DONE AND ORDERED** at Orlando, Florida, this 2⁵ day of July, 2011.

_____
JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 7/20
Counsel of Record
James Blackburn